UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D<span>ESHAWN</span> A<span>LLEN</span>,

    Plaintiff,

v.

T<span>OMMY</span> L<span>ICKMAN</span>, <span>ET AL</span>.,

    Defendants.

_____/

C<span>ASE</span> N<span>O</span>.  13-13401

S<span>ENIOR</span> U<span>NITED</span> S<span>TATES</span> D<span>ISTRICT</span>
J<span>UDGE</span> A<span>RTHUR</span> J. T<span>ARNOW</span>

M<span>AGISTRATE</span> J<span>UDGE</span> P<span>ATRICIA</span> M<span>ORRIS</span>

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [31] AND GRANTING DEFENDANTS' MOTION TO DISMISS [28]

Before the Court is the Magistrate Judge's Report and Recommendation [31], entered on June 23, 2014, recommending that Defendants' Motion to Dismiss [28] be GRANTED.

No objection to the Report and Recommendation [31] was filed. The Court has reviewed the record in this case.

The Report and Recommendation [31] of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

 Accordingly,

**IT IS ORDERED** that Defendant's Motion to Dismiss [28] is now **GRANTED**.

**SO ORDERED**.

                                    s/Arthur J. Tarnow
                                    A<span>RTHUR</span> J. T<span>ARNOW</span>
                                    S<span>ENIOR</span> U<span>NITED</span> S<span>TATES</span> D<span>ISTRICT</span> J<span>UDGE</span>

Dated: September 10, 2014